**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| RANDSTAD GENERAL PARTNER (US), LLC,<br><br>Plaintiff,<br><br>v.<br><br>JOHN WILLIAMS and BEACON HILL STAFFING GROUP, LLC,<br><br>Defendants. | ) | CASE NO. 1:17-cv-680 |

**RANDSTAD GENERAL PARTNER (US), LLC'S**
**MOTION FOR TEMPORARY RESTRAINING ORDER**

Plaintiff Randstad General Partner (US), LLC ("Randstad") hereby moves this Court, pursuant to Fed. R. Civ. P. 65(b), for a temporary restraining order. For the reasons set forth in its accompanying memorandum of law, Randstad is entitled to a temporary restraining order based on the unlawful actions of the defendants John Williams ("Williams") and Beacon Hill Staffing Group, LLC ("BHSG") (collectively, "Defendants"), including but not limited to the Defendants' violations of the Defend Trade Secrets Act of 2016 and the Maryland Uniform Trade Secrets Act, Williams' breach of his employment agreement, and BHSG's tortious interference and unfair competition.

Accordingly, Randstad respectfully requests that this Court:

1) Grant Randstad a temporary restraining order enjoining Williams, and those in active concert or participation with him, including, without limitation, BHSG, from providing competitive services to those he provided for Randstad in the prohibited Work Territory (New York, New Jersey, Pennsylvania, Delaware, Maryland, Washington D.C., Virginia, North Carolina, South Carolina, Georgia, and Texas) for himself or any third party;

2) Grant Randstad a temporary restraining order enjoining Williams, and those in active concert or participation with him, including, without limitation, BHSG,

from further accessing, using, disclosing, revealing, copying, or misappropriating or threatening to misappropriate any Randstad trade secrets or confidential information;

3) Grant Randstad a temporary restraining order ordering Williams, and those in active concert or participation with him, including, without limitation, BHSG, to immediately return all Randstad property that he has in his possession, and to verify in writing that he has returned all such information and has retained no copy, or if not, provide an accounting for any such information that cannot be returned;

4) Grant Randstad a temporary restraining order enjoining Williams, and those in active concert or participation with him, including, without limitation, BHSG, from directly or indirectly soliciting, doing business with, attempting to solicit or do business with, Randstad customers or prospective customers with whom Williams had material contact during the last 2 years of his employment with Randstad;

5) Grant Randstad a temporary restraining order enjoining Williams, and those in active concert or participation with him, including, without limitation, BHSG, from directly or indirectly soliciting or attempting to solicit any Randstad employees with whom Williams had business contact during the last 2 years of his employment with Randstad;

6) Grant Randstad a temporary restraining order enjoining Williams, and those in active concert or participation with him, including, without limitation, BHSG, from directly or indirectly soliciting or attempting to solicit any Randstad employment candidate ("Talent") with whom Williams had business contact during the last 2 years of his employment with Randstad; and

7) Grant Randstad a temporary restraining order enjoining BHSG from operating or marketing a mid-market MSP involving Williams, Kathleen Keliher, or Cristina Ethridge.

Respectfully submitted,

RANDSTAD GENERAL PARTNER (US), LLC,
By its Attorneys,

*/s/ Edward V. Arnold*
Edward V. Arnold (VSB # 80087)
SEYFARTH SHAW LLP
975 F Street, NW
Washington, D.C. 20004-1454
Telephone: (202) 463-2400
Facsimile: (202) 828-5393
earnold@seyfarth.com

Date: March 10, 2017

Erik W. Weibust (to be admitted *pro hac vice*)
Dawn Mertineit (to be admitted *pro hac vice*)
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 300
Boston, Massachusetts 02210
Telephone: 617-946-4800
Facsimile: 617-946-4801
eweibust@seyfarth.com
dmertineit@seyfarth.com

**REQUEST FOR HEARING**

Plaintiff Randstad General Partner (US), LLC requests a hearing on its Motion for a Temporary Restraining Order at the earliest possible time.

______________________
Edward V. Arnold