**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| RANDSTAD GENERAL PARTNER (US), LLC, | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:17-cv-680 |
| JOHN WILLIAMS and BEACON HILL STAFFING GROUP, LLC, | ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER**

WHEREAS plaintiff Randstad General Partner (US), LLC ("Randstad" or "Plaintiff") has moved this Court for a Temporary Restraining Order; and

WHEREAS the Court has reviewed and considered the papers and/or oral arguments of the parties, it is hereby

ORDERED that Plaintiff's Motion for Temporary Restraining Order is allowed; and it is further

ORDERED that Defendant John Williams ("Williams"), as well as all parties in active concert or participation with him, including, without limitation, defendant Beacon Hill Staffing Group, LLC ("BHSG"), be temporarily enjoined until further order of this Court from:

1) Providing competitive services to those he provided for Randstad in the prohibited Work Territory (New York, New Jersey, Pennsylvania, Delaware, Maryland, Washington D.C., Virginia, North Carolina, South Carolina, Georgia, and Texas) for himself or any third party;

2) Further accessing, using, disclosing, revealing, copying, or misappropriating or threatening to misappropriate any Randstad trade secrets or confidential information;

3) Directly or indirectly soliciting, doing business with, attempting to solicit or do business with, Randstad customers or prospective customers with whom Williams had material contact during the last 2 years of his employment with Randstad;

4) Directly or indirectly soliciting or attempting to solicit any Randstad employees with whom Williams had business contact during the last 2 years of his employment with Randstad;

5) Directly or indirectly soliciting or attempting to solicit any Randstad employment candidate ("Talent") with whom Williams had business contact during the last 2 years of his employment with Randstad; and

IT IS FURTHER ORDERED that Williams, and those in active concert or participation with him, including, without limitation, BHSG, shall immediately return all Randstad property that he has in his possession, and shall verify in writing that he has returned all such information and has retained no copy, or if not, provide an accounting for any such information that cannot be returned; and it is further

ORDERED that BHSG, as well as all parties in active concert or participation with it, be temporarily enjoined until further order of this Court from operating or marketing a mid-market MSP involving Williams, Kathleen Keliher, or Cristina Ethridge.

IT IS FURTHER ORDERED that the Parties shall appear before me on ______________, 2017, at _______ a.m./p.m. in Courtroom ____ to be heard on Plaintiff's Motion for Preliminary Injunction.

SO ORDERED.

______________________________
United States District Court Judge

Dated: _______________