AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Maryland

Randstad General Partner (US), LLC

*Plaintiff(s)*

v.

John Williams and Beacon Hill Staffing Group, LLC

*Defendant(s)*

Civil Action No. ELH 17-cv-0680

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Beacon Hill Staffing Group, LLC
C/O CSC-Lawyers Incorporating Service
7 St. Paul Street
Ste. 820
Baltimore, MD 21202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward V. Arnold
Seyfarth Shaw LLP
975 F Street, NW
Washington, D.C. 20004-1454

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

United States District Court For The District Of Maryland

Date: 03/13/2017

*Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Maryland

Randstad General Partner (US), LLC

*Plaintiff(s)*

v.

John Williams and Beacon Hill Staffing Group, LLC

*Defendant(s)*

Civil Action No. ELH 17-cv-0680

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

John Williams
9400 Todd Avenue
Fort Howard, Maryland 21052

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward V. Arnold
Seyfarth Shaw LLP
975 F Street, NW
Washington, D.C. 20004-1454

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

United States District Court For The District Of Maryland

Date: 03/13/2017

*Deputy Clerk*