**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| RANDSTAD GENERAL PARTNER (US), LLC,<br><br>Plaintiff,<br><br>v.<br><br>JOHN WILLIAMS and BEACON HILL STAFFING GROUP, LLC,<br><br>Defendants. | ) | CASE NO. 1:17-cv-680-ELH |

**STIPULATION REGARDING WITHDRAWAL OF PLAINTIFF'S MOTIONS FOR TEMPORARY RESTRAINING ORDER AND FOR EXPEDITED DISCOVERY**

Plaintiff Randstad General Partner (US), LLC ("Randstad" or "Plaintiff") and Defendants John Williams ("Williams") and Beacon Hill Staffing Group, LLC ("BHSG") (together, "Defendants," and together with Randstad, the "Parties") stipulate that Randstad is hereby withdrawing its Motion for Temporary Restraining Order ("TRO Motion") as well as its Motion for Expedited Discovery (the "Expedited Discovery Motion") (collectively, the "Motions"), without prejudice. The Parties are close to settling their dispute and hope to have a settlement agreement executed shortly. By stipulating hereto, Defendants expressly agree that should the Parties not execute such an agreement, Randstad may re-file the Motions, and Defendants agree that they will not use Plaintiff's present withdrawal of the Motions as evidence of lack of irreparable harm or otherwise. The Parties further stipulate that Defendants shall be permitted to file Oppositions to any re-filed Motions pursuant to any deadline set by the Court at a future date.

Respectfully submitted,

RANDSTAD GENERAL PARTNER (US), LLC,

By its attorneys,

*/s/ Dawn Mertineit*
Edward V. Arnold (VSB # 80087)
SEYFARTH SHAW LLP
975 F Street, NW
Washington, D.C. 20004-1454
Telephone: (202) 463-2400
Facsimile: (202) 828-5393
earnold@seyfarth.com

Erik W. Weibust (admitted *pro hac vice*)
Dawn Mertineit (admitted *pro hac vice*)
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 300
Boston, Massachusetts 02210
Telephone: 617-946-4800
Facsimile: 617-946-4801
eweibust@seyfarth.com
dmertineit@seyfarth.com

JOHN WILLIAMS and BEACON HILL STAFFING GROUP, LLC

By their attorneys,

*/s/ Mark A. Johnston*
Edward J. Longosz, II (Bar No. 07509)
Mark A. Johnston (Bar No. 15973)
ECKERT SEAMANS CHERIN & MELLOTT, LLC
1717 Pennsylvania Avenue, N.W.
Suite 1200
Washington, DC 20006
Telephone: (202) 659-6600
Facsimile: (202) 659-6699
elongosz@eckertseamans.com
mjohnston@eckertseamans.com

**CERTIFICATE OF SERVICE**

I, Dawn Mertineit, hereby certify that this document, filed through the ECF system on March 30, 2017, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and will be sent via first class mail and email to any non-registered participants.

/s/ Dawn Mertineit
Dawn Mertineit