FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2017 JUN 16 PM 2:48
CLERK'S OFFICE
AT BALTIMORE
BY__________ DEPUTY

Approved
ELH
USDJ
6/16/17

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

RANDSTAD GENERAL PARTNER (US), LLC,

Plaintiff,

v.

JOHN WILLIAMS and BEACON HILL STAFFING GROUP, LLC,

Defendants.

CASE NO. 1:17-cv-680-ELH

**VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Randstad General Partner (US) LLC ("Randstad"), by and through its undersigned counsel, hereby voluntarily dismisses this action with prejudice, without costs, waiving all rights of appeal.

Respectfully submitted,

RANDSTAD GENERAL PARTNER (US), LLC,
By its Attorneys,

*/s/ Dawn Mertineit*

Edward V. Arnold (VSB # 80087)
SEYFARTH SHAW LLP
975 F Street, NW
Washington, D.C. 20004-1454
Telephone: (202) 463-2400
Facsimile: (202) 828-5393

Erik W. Weibust (admitted *pro hac vice*)
Dawn Mertineit (admitted *pro hac vice*)
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 300
Boston, Massachusetts 02210
Telephone: 617-946-4800
Facsimile: 617-946-4801
eweibust@seyfarth.com
dmertineit@seyfarth.com

Date: June 16, 2017